IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **98-cr-00243-JLK-3**

**UNITED STATES OF AMERICA**,

   Plaintiff,

v.

**3. RODNEY McFARLIN,**

   Defendant.

# MINUTE ORDER

Judge John L. Kane **ORDERS**

  A Supervised Release Violation Hearing is set for **April 8, 2010 at 9:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated:  February 11, 2010