IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **98-cr-00243-JLK-3**

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**3.    RODNEY McFARLIN,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    The Supervised Release Revocation Hearing is re-set for **June 11, 2010 at 10:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated: April 13, 2010